KILPATRICK TOWNSEND & STOCKTON LLP
A. James Isbester (Cal. Bar No. 129820)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email:   jisbester@kilpatricktownsend.com

Susan M. Spaeth (Cal. Bar No. 142652)
1080 Marsh Road
Menlo Park, California 94025
Telephone: (650) 326 2400
Facsimile: (650) 326 2422
Email:   sspaeth@kilpatricktownsend.com

Attorney for Plaintiffs
QUANTA COMPUTER INC. and TECH-COM (SHANGHAI)
COMPUTER LTD.

*FILED*

*2012 JAN -3 P 3: 44*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

*HRL*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

**CV12    0012**

| | |
|---|---|
| QUANTA COMPUTER INC., a Taiwanese corporation; TECH-COM (SHANGHAI) COMPUTER LTD., a Chinese corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., a California corporation; ATI TECHNOLOGIES, ULC, a Canadian corporation.<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES AND RESTITUTION BASED ON BREACH OF CONTRACT; IMPLIED EQUITABLE INDEMNITY; BREACH OF EXPRESS AND IMPLIED WARRANTIES; NEGLIGENT AND INTENTIONAL MISREPRESENTATION; FRAUD IN THE INDUCEMENT; INTERFERENCE WITH CONTRACT; NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE; AND TRADE LIBEL.**<br><br>**JURY TRIAL DEMANDED** |

ORIGINAL

1   Plaintiffs Quanta Computer Inc. and Tech-Com (Shanghai) Computer Ltd. hereby allege as
2   follows:

### NATURE OF THE ACTION

4   1.   This is a complaint for damages and restitution based on Defendants' breach of
5   contract, implied equitable indemnity, breach of express warranty, breach of implied warranties of
6   merchantability and fitness for a particular purpose, negligent and intentional misrepresentation,
7   fraudulent inducement to contract, interference with contract, negligent interference with prospective
8   economic advantage, and trade libel.

9   2.   On information and belief, Plaintiffs allege that each defendant, individually and in
10  concert with the other defendant, has: (1) breached its contracts for the sale of RS600ME chips
11  ("RS600ME") to plaintiffs; (2) failed to indemnify Plaintiffs for losses occasioned by Defendants'
12  breaches of contract; (3) breached express warranties regarding the thermal tolerance of RS600ME;
13  (4) breached the implied warranties of merchantability and fitness for a particular purpose by selling
14  RS600ME chips that are unfit for the ordinary purpose for which they are used; (5) negligently and
15  intentionally misrepresented facts concerning a) the thermal tolerance of RS600ME and b) the quality
16  of Plaintiffs' products and services; (6) intentionally interfered with Plaintiffs' contract with its
17  customer NEC to evade liability for selling a defective product; (7) fraudulently induced Plaintiffs to
18  purchase defective RS600ME chips; (8) interfered with Plaintiffs' economic prospects by intentionally
19  and negligently disrupting the economic relationship between Plaintiffs and its customer NEC; and (9)
20  caused Plaintiffs economic harm by recklessly disparaging the quality of Plaintiffs' products and
21  services to NEC.

### PARTIES

23  3.   Plaintiff Quanta Computer Inc. is a Taiwanese company with its headquarters and
24  principal place of business at No. 188, Wen Hwa 2nd Road, Kuei Shan Shiang, Republic of China
25  (Taiwan).  Quanta Computer Inc. is primarily engaged in the business of designing and manufacturing
26  notebook computers for resale by others.  Its top customers include leading vendors of computers and
27  other electronics, such as NEC, Apple, Dell, Gateway, Hewlett-Packard, Panasonic, and Sony.

28  4.   Plaintiff Tech-Com (Shanghai) Computer Ltd. is a Chinese company with its

1   headquarters and principal place of business at No.68, Sanzhuang Road, Songjiang Export, Processing

2   Zone, Songjiang District, Shanghai, 201613, China. Tech-Com (Shanghai) Computer Ltd. is a

3   subsidiary of Quanta Development Ltd. and is in the business of manufacturing and marketing

4   computers and computer peripherals. Quanta Computer Inc. and Tech-Com (Shanghai) Computer

5   Ltd. are referred to herein as "Quanta Computer" and "Tech-Com," respectively and as "Quanta"

6   collectively.

7        5.    Defendant Advanced Micro Devices, Inc. ("AMD") is a Delaware corporation with its

8   headquarters and principal place of business at One AMD Place, Sunnyvale, CA, 94085. On

9   information and belief, AMD is in the business of developing computer processors and other related

10  technologies, including chips and integrated graphics units for use in desktop and mobile computing

11  devices. On or about October 25, 2006, AMD acquired ATI Technologies, Inc. for approximately 5.4

12  billion USD. Post-acquisition, ATI Technologies, Inc. became ATI Technologies, ULC, ("ATI") a

13  Canadian unlimited liability company. On information and belief, since AMD's acquisition of ATI,

14  AMD has pursued an integration plan that included the transfer of ATI employees and the re-branding

15  of ATI products and facilities as AMD products and facilities. Plaintiffs are informed and believe, and

16  on that basis allege, that as a consequence of AMD's acquisition of ATI, AMD expressly or impliedly,

17  or by operation of law, assumed responsibility for the liabilities of ATI, including the present

18  litigation.

19       6.    Defendant ATI is a Canadian unlimited liability company with its headquarters and

20  principal place of business at 1 Commerce Valley Drive East, Markham, Ontario, Canada. On

21  information and belief, ATI is an co-owned affiliate or wholly-owned subsidiary of AMD as of

22  October 25, 2006. On information and belief, ATI is in the business of developing graphics

23  processing units and chips for desktop and mobile computers. Prior to its acquisition by AMD, ATI

24  developed and marketed the RS600ME chip for use in notebook computers. AMD continued to

25  market the RS600ME chip following its acquisition of ATI. On information and belief, ATI has

26  developed and maintained continuous relationships with several California customers including

27  Hewlett-Packard Co., Apple Inc., and Gateway, Inc. for purposes of marketing and selling its

28  products, including the RS600ME chip. On information and belief, ATI maintained at least three

1    facilities within California for purposes of research and development and U.S. sales and distribution

2    functions, and continues to maintain a presence at 4555 Great America Parkway, Sunnyvale,

3    California.

4    **JURISDICTION AND VENUE**

5         7.      This Court has subject matter jurisdiction over the claims pertaining to the present

6    litigation pursuant to 28 U.S.C. § 1332(a)(2) (diversity of citizenship). The matter in controversy

7    exceeds the sum or value of 75,000 USD, exclusive of interest and costs, and is between a citizen of

8    the State of California and citizens of foreign states.

9         8.      This Court has personal jurisdiction over AMD because AMD resides in the State of

10    California. This Court has personal jurisdiction over ATI because of the systematic and continuous

11    nature of ATI's contacts within the State of California, including its continuous and purposeful

12    marketing activities within the State.

13         9.      Venue is proper in this judicial district under 28 U.S.C. § 1391(a)(1) because both

14    AMD and ATI reside in this judicial district.

15    **INTRADISTRICT ASSIGNMENT**

16        10.      Pursuant to Civil L.R. 3-2(c) and the Court's Assignment Plan, assignment to this

17    division of the Northern District is proper because Defendant AMD is headquartered in Sunnyvale,

18    California and a substantial part of the events or omissions that give rise to the claims occurred in

19    Santa Clara County.

20    **GENERAL ALLEGATIONS**

21    **I.**      **The History of the NR3a Computer**

22        11.      Quanta is a notebook computer original design manufacturer ("ODM"). Quanta

23    typically receives a specification for a product from a customer and then designs and builds a product

24    to match that specification. The ODM then sells the product to the customer who resells to the end

25    purchaser under its own brand. Among the companies for whom Quanta designs and manufactures

26    notebook computers are NEC Custom Technica, Ltd. and NEC Computers International (collectively,

27    "NEC").

28        12.      In 2006, NEC engaged Quanta to develop and manufacture the NR3a line of notebook

1    computers ("NR3a").  Among the features NEC specified for the NR3a was that it use a certain Intel

2    microprocessor.  This particular Intel microprocessor requires that it be supported by a set of

3    additional integrated circuits called a chipset.  NEC also specified that the NR3a use a chipset from

4    ATI that consists of two chips: the RS600ME and the SB460.

5        13.    Quanta designed the NR3a and began shipping it in September, 2006.  In April, 2007,

6    Quanta introduced an updated version called the NR3a2 and in September, 2007, it introduced a

7    second updated version called the NR3a2+.  Quanta ceased production of the NR3a line of products in

8    2008.

9        A.    **RS600ME Thermal and Pressure Specifications**

10       14.    The RS600ME chip is a processor and such chips can generate substantial amounts of

11   heat.  Typically, the heat from a processor is removed through a heat sink, a thermally conductive

12   metal mass that is place in contact with the processor chip.  The heat sink absorbs the heat and

13   distributes it to fins that are cooled by a fan.  As Quanta designed the NR3a, it needed to know the

14   thermal characteristics of the RS600ME chip in order that it could design an adequate heat sink.

15   Quanta accessed ATI's databook for the RS600ME chip from ATI's website via its secured customer

16   account.  The databook specified the following thermal tolerance limits:

17

| Parameter | Maximum (Celsius) |
|---|---|
| Operation Case Temperature | 103 |
| Operation Junction Temperature | 105 |
| Absolute Junction Temperature | 125 |
| Storage Temperature | 60 |
| Ambient Temperature | 45 |

21       15.    A note following the thermal tolerance chart in the RS600 databook states: "the

22   maximum operating case temperature is the maximum case temperature at which the functionality of

23   the chip is qualified."  Over the course of designing the original NR3a and each of the updated

24   versions, Quanta conducted extensive thermal tests on numerous components of, and at numerous

25   locations on the NR3a.  Quanta's tests demonstrated that NR3a operated at temperatures well within

26   the RS600ME databook's thermal requirements.  For example, even under heaviest applications, the

27   junction temperature of the RS600ME chip did not exceede 92 degrees Celsius.

28       16.    The RS600 databook also provides pressure specifications to avoid damage to the chip

COMPLAINT FOR DAMAGES AND RESTITUTION                                    4
Case No. _____

1   caused by improper mechanical assembly of the heat sink. The databook specified that 40 pounds per

2   square inch ("psi") was the maximum pressure the RS600ME die could withstand without risking chip

3   damage. Quanta conducted tests that confirmed that the pressure of the heat sink was less than 40 psi

4   at any point on the RS600ME die.

5           **B.**     **NR3a Boot Failure Issue**

6           17.     The NR3a experienced an unusual number of defective product returns. Typically, the

7   reason for the return was that the product failed to boot, meaning that at some point in the boot-up

8   operation, the computer encountered a fatal error.

9           18.     NEC informed Quanta about the NR3a boot failure issue in October 7, 2007. Based

10   upon its own analysis, Quanta concluded that the fatal error in the boot process was occurring on the

11   RS600ME. It therefore contacted immediately contacted AMD. Following some analysis, AMD

12   denied that there was any common defect in the RS600ME. Rather, it suggested that most of the time,

13   either there was no problem or the problem must be with the Quanta printed circuit board on which the

14   chip was mounted.

15           19.     Quanta continued to investigate the recurring problem but could find no manufacturing

16   defects in either its attachment of the RS600ME to the printed circuit board or in the boards

17   themselves. On January 3, 2009, Quanta sent an email to AMD requesting AMD's assistance in

18   conducting RS600ME failure analyses. After about a month of intensive investigation involving

19   NEC, Quanta and AMD, AMD notified NEC and Quanta that it had concluded that the cause of the

20   failures was Quanta's heat sink design for the RS600ME, which AMD asserted was causing damage

21   to the chip and causing the chip to fail. AMD suggested that Quanta needed to redesign the heat sink.

22           20.     NEC accepted AMD's analysis and on February 13, 2009, actually thanked AMD for

23   pinpointing Quanta's heat sink design as the root cause of the returns. NEC required that Quanta

24   redesigned the heat sink for the RS600ME to comply with AMD's suggestions. It did so. Quanta

25   proposed and NEC approved an engineering change order describing the new heat sink design in

26   March, 2009. NEC then had this redesigned heat sink installed on almost its entire install base of

27   NR3a family machines (the "rework program).

28           21.     The rework program, however, made no discernable difference. Within a few months,

COMPLAINT FOR DAMAGES AND RESTITUTION                                 5
Case No. _____

1   even machines with a brand new RS600ME chip and the new heat sink began to exhibit the exact

2   same failure mode.  Eventually, Quanta and NEC discovered that the only step that can reduce the

3   occurrence of the boot failure problem was to use software to reduce the operating speed of the chip

4   by some 40%.

5         **C.**    **RS600ME Underfill and Defective Design Cause NR3a Boot Failure**

6         22.    Even after AMD identified the Quanta heat sink design as the root cause of the boot

7   failure defect, Quanta continued to investigate the issue.  On February 4, 2009, at Quanta's request,

8   AMD provided Quanta with the technical data regarding the underfill material used in the RS600ME

9   chip.  Underfill is material, typically an epoxy, that is injected between the die and the substrate to

10  provide greater mechanical strength to the fragile connections between the die and the substrate.

11  AMD stated that the underfill in the RS600ME is Chipcoat U-8439-1, made by Namics.  The

12  specification for this material states that it has a glass transition temperature of 70 degrees Celsius.  In

13  other words, at 35 degrees below the specified safe operating temperature of the RS600ME, the epoxy

14  that ATI used to keep the die glued to the substrate literally melts.

15        23.    Quanta then hired DfR Solutions, LLC ("DfR"), an electronics forensics firm in

16  Maryland, to investigate the cause of the defects in the RS600ME chips on computers that had

17  experienced boot failure.  Quanta advised DfR of AMD's allegations that Quanta's original heat sink

18  design was responsible for the product failures.  DfR identified microfractures in the solder bumps

19  connecting the failed RS600ME dies to the substrate.  It also noted that, because of the underfill's

20  thermal behavior, it was likely that operational temperatures between 60-80 degrees Celsius

21  introduced elevated stress to the solder bumps, leading to the microfractures.  DfR noted in its report

22  that it could not find any physical evidence of additional factors that contributed to the formation of

23  the micro cracks.  DfR recommended additional study, particularly a finite element analysis, to

24  determine whether the underfill caused the defects.

25        24.    Upon information and belief, NEC too continued to investigate the cause of the boot

26  failure.  NEC concluded that the RS600ME underfill became less viscous in temperatures exceeding

27  60 degrees Celsius, causing the RS600ME die and substrate to misalign and introduce stress to the

28  solder balls.  NEC corroborated its own findings and DfR's findings by noting that NR3a units that

COMPLAINT FOR DAMAGES AND RESTITUTION
Case No. _____

6

1   had been modified to operate at temperatures below 60 degrees Celsius did not experience boot failure

2   issues.  To achieve the roughly 20 degree Celsius decrease in the RS600ME case temperature, NEC

3   had to reduce the frequency of the chip processor from 500 megahertz to 300 megahertz, and of the

4   memory clock from 333 megahertz to 266 megahertz  In effect, NEC had to reduce the performance of

5   the RS600ME to that of a less-sophisticated and out-of-date model in order to prevent the ongoing

6   failure of RS600ME chips on the platform.

7         25.      On April 14, 2011, Quanta sent a letter to AMD seeking to settle Quanta's claims

8   against AMD arising from AMD's delivery of defective RS600ME to Quanta.  AMD replied on May

9   11, 2011 and denied that AMD's chips were defective.  Upon information and belief, NEC too has

10   informed AMD that it does not believe the heat sink was the root cause of the boot failure and AMD

11   has continued to deflect blame away from its chip design by asserting to NEC that the cause of the

12   boot failure is the Quanta heat sink design.

13   **II.**    **Quanta's Damages Resulting from the RS600ME Design Defect**

14         26.      In early 2009, Quanta and NEC reasonably believed, based upon AMD's

15   representations, that the Quanta heat sink was the cause of the boot failure defect and that the rework

16   program, implementing AMD's suggested redesign of the heat sink, would cure the problem.  NEC

17   and Quanta representatives met in Japan to discuss the costs of the rework program.  Eventually,

18   Quanta and NEC entered into a settlement agreement by which, in exchange for a release of liability

19   from NEC, Quanta agreed to compensate NEC in the amount of 50% of NEC's costs associated with

20   the rework program.  Quanta has paid approximately 20 million USD to NEC under this settlement

21   agreement already and it continues to incur additional costs as more machines fail in the field.

22         27.      Further, Quanta has incurred substantial pecuniary losses arising from its own efforts to

23   repair and replace product involved in the rework program or that was returned defective by NEC

24   prior to the rework program.  Quanta also expended engineering resources on needlessly redesigning

25   its heat sink to comply with ATI and AMD's suggested modifications and in its investigation of the

26   causes of the boot failure problem.

27         28.      Finally, Quanta has suffered significant injury to prospective revenue and profits.  As a

28   result of AMD's representation to NEC that deficiencies in Quanta's design were the cause of the boot

1  failure defect, NEC curtailed its reliance upon Quanta as an ODM and instead, directed its business

2  elsewhere.  As a result, the Quanta's revenue from its NEC relationship dropped markedly in 2009 and

3  did not recover until NEC itself concluded that AMD was wrong.  Quanta's lost profits resulting from

4  this drop in revenue exceed 14 million USD.  Moreover, NEC has used the quality issues with the

5  NR3a as a justification to require Quanta to engage in additional, expensive quality assurance steps

6  that have an ongoing impact upon Quanta's profitability.

7     29.     ATI and AMD knew or recklessly disregarded the fact that the RS600ME chip's

8  underfill material predisposed the chip to a lower thermal tolerance than represented in the RS600

9  databook.  Namics Corp., the manufacturer of the underfill, produced the underfill's specification page

10  as early as March 2002.  The underfill's specifications page explicitly stated that the glass transition

11  temperature of the underfill was 70 degrees Celsius.  ATI and AMD personnel had possession and

12  knowledge of the contents of Namics' underfill specifications page.  Furthermore, ATI had possession

13  and knowledge of the contents of the underfill's specifications page when it designed RS600ME and

14  generated the RS600 databook.  ATI and AMD therefore knew or recklessly disregarded the fact that

15  RS600ME contained a design defect and that Quanta's heat sink design was not the root cause of the

16  solder bump micro cracks found on defective RS600ME.

17     30.     Although ATI and AMD engineers had access to the underfill's specifications for the

18  duration of the NR3a boot failure issue, they failed to disclose information regarding those

19  specifications for more than a year after Quanta first sought AMD's assistance with the boot failure

20  issue and continued to deny that there was a problem with the RS600ME chip even to this day.  Until

21  Quanta had access to the underfill's specifications and could analyze its properties, Quanta relied on

22  ATI and AMD's misrepresentations in the RS600 databook concerning the thermal tolerance of

23  RS600ME when Quanta purchased the product for use in NR3a.  Quanta either would not have

24  purchased RS600ME or would have designed NR3a differently to operate at a lower temperature if

25  Quanta was aware that RS600ME had a lower thermal tolerance than indicated in the RS600

26  databook.

27     31.     Additionally, ATI and AMD personnel knew or recklessly disregarded the fact that

28  Quanta's heat sink design was not the root cause of the defects in the RS600ME chips that led to the

1    boot failure. Nonetheless, ATI and AMD blamed Quanta's heat sink design not only to Quanta but to

2    Quanta's customer NEC. As a consequence of ATI and AMD's misrepresentation, Quanta needlessly

3    redesigned the heat sink the RS600ME in the NR3a family and committed with NEC to share the costs

4    of implementing that change across the install base. Quanta would not have redesigned its heat sink if

5    ATI and AMD had not accused the heat sink of causing the RS600ME micro cracks.

6        32.    Quanta could not have avoided any of the damages it incurred as a result of the

7    RS600ME's design defect. ATI and AMD are highly regarded suppliers of computer chips. Quanta

8    reasonably relied on ATI and AMD's apparent expertise when it relied on misrepresentations

9    contained in the RS600 databook and ATI and AMD's misrepresentations regarding the heat sink for

10   the RS600ME. Furthermore, Quanta diligently investigated the cause of the NR3a boot failure issue

11   by enlisting the help of ATI, AMD, and DfR.

12                    **FIRST CLAIM FOR RELIEF**
                         (Breach of Contract)
13

14       33.    Quanta incorporates by reference and re-alleges each and every allegation set forth in

15   the foregoing paragraphs as though fully set forth herein.

16       34.    Quanta entered into purchase orders with ATI and subsequently AMD for the purchase

17   of RS600ME.

18       35.    Quanta timely ordered and tendered payment for RS600ME supplied to it by ATI and

19   AMD. Quanta has therefore fully performed its obligations under any contract governing the purchase

20   and sale of those chips.

21       36.    Pursuant to RS600ME purchase orders, ATI and AMD were obligated to provide

22   Quanta with RS600ME units that complied with ATI's express warranty that RS600ME was qualified

23   to operate at temperatures indicated in the RS600 databook.

24       37.    ATI and AMD delivered RS600ME to Quanta that did not comply with ATI's express

25   warranty that RS600ME was qualified to operate at temperatures indicated in the RS600 databook.

26   ATI and AMD manufactured RS600ME with Chipcoat U8439-1 as its underfill. The properties of the

27   underfill predisposed RS600ME to sustain damage at lower temperature thresholds than those

28   represented in ATI's databook.

COMPLAINT FOR DAMAGES AND RESTITUTION                                            9
Case No. _____

1    38.    Quanta suffered damages because of ATI and AMD's breach of contract.

2    ///

3    
### SECOND CLAIM FOR RELIEF
(Implied Equitable Indemnity)

4    

5    39.    Quanta incorporates by reference and re-alleges each and every allegation set forth in

6    the foregoing paragraphs as though fully set forth herein.

7    40.    ATI and AMD did not use reasonable care in rendering performance under purchase

8    orders for RS600ME.  ATI and AMD sold Quanta RS600ME units that ATI and AMD knew or

9    should have known did not possess the thermal tolerance limits that ATI and AMD had represented to

10   Quanta via the RS600 databook.

11   41.    As a result of ATI and AMD's failure to use reasonable care in providing RS600ME

12   that performed as warranted, Quanta suffered liability to its customer NEC.

13   
### THIRD CLAIM FOR RELIEF
(Breach of Express Warranty)

14   

15   42.    Quanta incorporates by reference and re-alleges each and every allegation set forth in

16   the foregoing paragraphs as though fully set forth herein.

17   43.    Quanta entered into purchase agreements with ATI and subsequently AMD for the

18   purchase of RS600ME.

19   44.    ATI and AMD expressly warranted thermal tolerance limits for RS600ME in the

20   RS600 databook that exceeded RS600ME's actual thermal tolerance.  Quanta purchased RS600ME

21   from ATI and AMD based on Quanta's reliance on their misrepresentations concerning the thermal

22   tolerance of RS600ME.

23   45.    The thermal tolerance of the RS600ME was lower than that which ATI and AMD had

24   specified in the RS600 databook.

25   46.    The lower thermal tolerance of the RS600ME actually and proximately caused

26   RS600ME to become defective.

27   47.    Despite Quanta's repeated requests that ATI and AMD provide a remedy under the

28   warranty, ATI and AMD have refused.  Quanta suffered damages because of RS600ME's failure to

1    perform as warranted.

2

3                          **FOURTH CLAIM FOR RELIEF**
                      (Breach of Implied Warranty of Merchantability)
4

5        48.     Quanta incorporates by reference and re-alleges each and every allegation set forth in

6    the foregoing paragraphs as though fully set forth herein.

7        49.     ATI and AMD design and sell computer chip products, including chips such as

8    RS600ME.

9        50.     RS600ME's ordinary purpose is for use as a chip in notebook computers, such as

10   NR3a.  RS600ME contains a design defect because its underfill predisposes the chip to damage at

11   operational temperatures between 60-80 degrees Celsius.  This is not an unusual condition for a

12   notebook computer running certain common software applications such as computer games.  The

13   RS600ME chip experiences high failure rates under these conditions.  The RS600ME chip is therefore

14   unfit for the ordinary purpose for which it is sold.

15       51.     The lower thermal tolerance of the RS600ME actually and proximately caused the

16   RS600ME to become defective, leading to the defective performance of NR3a.

17       52.     Quanta suffered damages because of RS600ME's failure to perform as warranted.

18                          **FIFTH CLAIM FOR RELIEF**
                   (Breach of Implied Warranty of Fitness for a Particular Purpose)
19

20       53.     Quanta incorporates by reference and re-alleges each and every allegation set forth in

21   the foregoing paragraphs as though fully set forth herein.

22       54.     The RS600ME chip's ordinary purpose is for use as a chip in notebook computers,

23   such as NR3a.  ATI and AMD were aware at the time they sold Quanta RS600ME that it was for use

24   in NR3a.

25       55.     Quanta relied on ATI and AMD as reputable suppliers of computer chips to furnish

26   defect-free RS600ME chips that functioned as warranted in the RS600 databook in NR3a.

27       56.     The RS600ME chip contained a design defect that actually and proximately caused the

28   NR3a boot failure issue.

57.     Quanta suffered damages because of RS600ME's failure to perform as warranted.

**SIXTH CLAIM FOR RELIEF**
(Negligent Misrepresentation of Fact)

58.     Quanta incorporates by reference and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

59.     ATI and AMD owed a duty to provide Quanta with truthful and accurate information regarding the thermal tolerance of the RS600ME.  Further, upon being solicited for and agreeing to provide assistance in determining the cause of the boot failure defect, ATI and AMD owed a duty to provide Quanta with truthful and accurate information regarding the cause of the defects in the RS600ME that caused the boot failure defect.

60.     ATI's RS600 databook misrepresented that RS600ME had specific thermal tolerances as set forth above.  In particular, ATI's RS600 databook states that the RS600ME has a safe operation junction temperature of 105 degrees Celsius.

61.     Subsequently, ATI and AMD, via their report generated on February 3, 2009, misrepresented to Quanta and NEC that Quanta's heat sink design was the root cause of the defects in the RS600ME chips that led to the boot failure defects.  On February 3, 2009, Jacky Guan of AMD Toronto stated in an email to various Quanta and NEC personnel: "we found that the DQ1 high impedance is due to the C4 bump [*i.e.* solder bump] cracking damage and **the cracking is due to excess stress on the DQ1 pin corner from NR3A heat sink**. The high impedance of DQ1 caused memory write failure during boot up and thus the NR3A system no longer able to boot." [sic][Emphasis added.]  ATI and AMD have repeated this allegation, in sum and substance, on multiple occasions since.

62.     The statements of fact set forth in the preceding paragraphs were not, in fact, truthful and accurate information.  The safe operating temperature of the RS600ME is well below 105 degrees Celsius and is probably below 70 degrees Celsius.  A competent engineer with the expertise of ATI and AMD engineers would have known that the RS600 databook misrepresented RS600ME's thermal tolerance, as the underfill between the die and substrate undergoes a phase change at 70 degrees

1  Celsius, which predisposes the chip to damage at temperatures far below those indicated in the RS600

2  databook.  Moreover, Quanta's heat sink was not responsible for RS600ME damage.

3      63.    Each of ATI and AMD's misrepresentations occurred in a business and professional

4  capacity.  ATI and AMD intended for the RS600 databook to provide material product information to

5  prospective and actual ATI and AMD customers, including Quanta.  ATI and AMD generated the

6  February 3, 2009 report in response to business-related correspondences with Quanta.

7      64.    Quanta relied on ATI and AMD's misrepresentation regarding the thermal tolerance of

8  RS600ME when it first purchased and continued to purchase RS600ME for use in NR3a.  Quanta

9  redesigned the RS600ME heat sink in reliance on Jacky Guan's e-mail from January 3, 2009 and on

10  ATI and AMD's report dated January 3, 2009 and continued to purchase defective RS600ME units.

11      65.    ATI and AMD are regarded as reputable suppliers of computer chips.  Quanta

12  justifiably relied on ATI and AMD's misrepresentations by deferring to their apparent expertise as to

13  the quality and thermal behavior of RS600ME and the cause of the defects in the RS600ME.

14      66.    Due to Quanta's reliance on ATI's and AMD's misrepresentation, Quanta sustained

15  damages.

16  **SEVENTH CLAIM FOR RELIEF**
(Intentional Misrepresentation of Fact)

17

18      67.    Quanta incorporates by reference and re-alleges each and every allegation set forth in

19  the foregoing paragraphs as though fully set forth herein.

20      68.    ATI and AMD knew or recklessly disregarded the fact that RS600ME's underfill

21  material predisposed the RS600ME to a lower thermal tolerance than represented in the RS600

22  databook.  Namics Corp., the manufacturer of the underfill, produced the underfill's specification page

23  as early as March 2002.  The underfill's specifications page explicitly stated that the glass transition

24  temperature of the underfill was 70 degrees Celsius.  Upon information and belief, ATI and AMD

25  were aware of this characteristic of the underfill at all relevant times.  ATI and AMD either

26  intentionally or recklessly hid this latent design defect in the RS600ME.

27      69.    ATI and AMD intended to induce Quanta's and NEC's reliance on its

28  misrepresentation regarding the thermal tolerance of RS600ME to ensure NEC's specification of the

1  RS600ME for additional machines and Quanta's initial and continued purchases of RS600ME for use
2  in the NR3a.

3       70.     Quanta actually relied on ATI and AMD's misrepresentation regarding the thermal
4  tolerance of RS600ME when it first purchased and continued to purchase RS600ME for use in NR3a.

5       71.     ATI and AMD knew or recklessly disregarded the fact that the cause of the defects in
6  the RS600ME that led to the boot failure was not the Quanta heat sink.  Nonetheless, ATI and AMD
7  intentionally or reckless made such misrepresentations in order to induce Quanta and NEC to believe
8  that the RS600ME was not the cause of the failure and thereby to ensure Quanta's continued purchase
9  of RS600ME chips.

10       72.     Quanta and NEC actually relied on ATI and AMD's misrepresentation that Quanta's
11  heat sink design was responsible for RS600ME chip failures.  Quanta redesigned the heat sink from
12  about February to March of 2009 in reliance on Jacky Guan's e-mail from January 3, 2009 and ATI
13  and AMD's report dated January 3, 2009 and continued to purchase defective RS600ME.

14       73.     Quanta justifiably relied on ATI and AMD's misrepresentation, deferring to their
15  apparent expertise as to the quality and thermal behavior of RS600ME and the cause of the micro
16  cracks.

17       74.     Due to Quanta's reliance on ATI's and AMD's misrepresentations, Quanta sustained
18  damages.

19                      **EIGHTH CLAIM FOR RELIEF**
20                        (Fraud in the Inducement)

21       75.     Quanta incorporates by reference and re-alleges each and every allegation set forth in
22  the foregoing paragraphs as though fully set forth herein.

23       76.     ATI and AMD knew or recklessly disregarded the fact that RS600ME's underfill
24  material predisposed the RS600ME to a lower thermal tolerance than represented in the RS600
25  databook.  Upon information and belief, ATI and AMD were aware of this characteristic of the
26  underfill at all relevant times.

27       77.     ATI and AMD knew or recklessly disregarded the fact that the cause of the defects in
28  the RS600ME that led to the boot failure was not the Quanta heat sink.  Nonetheless, ATI and AMD

1   intentionally or reckless made such misrepresentations in order to induce Quanta and NEC to believe

2   that the RS600ME was not the cause of the failure and thereby to ensure Quanta's continued purchase

3   of RS600ME chips.

4       78.    ATI and AMD's misrepresentations induced Quanta to purchase an additional

5   180,000+ RS600ME chips containing a latent design defect.

6       79.    Due to ATI and AMD's fraudulent inducement of Quanta's continued purchase of

7   RS600ME, Quanta sustained damages.

8   **NINTH CLAIM FOR RELIEF**<br>(Interference with Contract)

9

10       80.    Quanta incorporates by reference and re-alleges each and every allegation set forth in

11   the foregoing paragraphs as though fully set forth herein.

12       81.    Quanta has a contractual relationship with NEC pursuant to which NEC can specify

13   and purchase from Quanta, and Quanta to design and supply to NEC, various notebook computers.

14   On information and belief, ATI and AMD were aware by the date of Quanta's initial purchase of

15   RS600ME of Quanta's contract with NEC and knew that Quanta's ongoing purchase of RS600ME

16   was for use in computers to be supplied to NEC.

17       82.    With knowledge of Quanta's contract with NEC, ATI and AMD misrepresented to

18   NEC that Quanta's heat sink design was the root cause of the defects in the RS600ME that correlate

19   with the NR3a boot failure issue. ATI and AMD alleged that Quanta's heat sink design was the root

20   cause in order to evade liability to NEC for RS600ME's role in NEC's damages. Thereafter, Quanta

21   continued to purchase RS600ME for use in NR3a computers in reliance on ATI and AMD's and

22   therefore continued to provide product to NEC that would malfunction when placed in operation by

23   NEC's end purchasers.

24       83.    The contract between Quanta and NEC requires Quanta to provide NEC with high

25   quality product, free from defect. By inducing Quanta to supply the NR3a with its defective

26   RS600ME chip to NEC, ATI and AMD induced Quanta to breach its commitment to provide high

27   quality product free from defect.

28       84.    Quanta suffered damages because ATI and AMD induced Quanta's breach of its

1    contract with NEC.

2

3                          **TENTH CLAIM FOR RELIEF**
                  (Negligent Interference with Prospective Economic Advantage)
4

5          85.    Quanta incorporates by reference and re-alleges each and every allegation set forth in

6    the foregoing paragraphs as though fully set forth herein.

7          86.    Quanta and NEC have an economic relationship whereby Quanta designs and

8    manufactures computer products to NEC specifications and NEC purchases such products from

9    Quanta.  Pursuant to their agreement, Quanta was to receive an economic benefit from NEC for

10   Quanta's design and manufacture of NR3a, as well as future projects with NEC.

11         87.    On information and belief, ATI and AMD knew of Quanta's relationship with NEC at

12   least by the time ATI first sold RS600ME chips to Quanta for use in NR3a.

13         88.    ATI and AMD knew or should have known that Quanta's relationship with NEC would

14   be disrupted if ATI and AMD did not act with reasonable care in providing Quanta with RS600ME

15   chips that performed as warranted in the RS600 databook's thermal tolerance guidelines.

16   Furthermore, ATI and AMD knew or should have known that misrepresenting Quanta's heat sink

17   design as the root cause of the defects in the RS600ME chips that led to the boot failure would injure

18   the economic relationship between Quanta and NEC.

19         89.    ATI and AMD delivered RS600ME chips to Quanta that did not perform as warranted,

20   resulting in NR3a's boot failure issue.  Furthermore, ATI and AMD intentionally, recklessly, or

21   negligently misrepresented to NEC that the root cause of the NR3a boot failure issue as being

22   Quanta's heat sink design.

23         90.    As a consequence of ATI and AMD's failure to provide RS600ME units that

24   performed as warranted, and their misrepresentation concerning the root cause of the boot failure

25   issue, ATI and AMD disrupted the economic relationship between Quanta and NEC.  NEC, relying on

26   ATI and AMD's misrepresentation, blamed Quanta's heat sink design for the NR3a boot failure issue.

27   Quanta and NEC entered into an agreement to share the costs of the NR3a boot failure issue in

28   contemplation of Quanta's allegedly-deficient heat sink design based on ATI and AMD's

COMPLAINT FOR DAMAGES AND RESTITUTION                                              16
Case No. _____

1   misrepresentation.  Additionally, NEC refused to allow Quanta to bid on future projects similar to

2   those NEC routinely permitted Quanta to bid on because of its concerns regarding the quality of

3   Quanta's designs.

4        91.     As a result, Quanta's economic relationship with NEC was harmed as a result of ATI

5   and AMD's misrepresentation because NEC lost confidence in Quanta's ability to provide satisfactory

6   products under their agreement.

7        92.     ATI and AMD's delivery of defective RS600ME chips and misrepresentations

8   concerning the root cause of the NR3a boot failure issue were substantial factors in Quanta suffering

9   financial injury and the disruption of Quanta's economic relationship with NEC.  Quanta incurred

10  liability under its settlement with NEC solely because of RS600ME's defective performance and ATI

11  and AMD's misrepresentation as to the root cause of the NR3a boot failure issue.

12                          **ELEVENTH CLAIM FOR RELIEF**
                                    (Trade Libel)
13

14       93.     Quanta incorporates by reference and re-alleges each and every allegation set forth in

15  the foregoing paragraphs as though fully set forth herein.

16       94.     ATI and AMD generated a report falsely stating that Quanta's heat sink design was the

17  root cause of the defects in the RS600ME chips and blaming Quanta's heat sink design for the NR3a

18  boot failure issue.  ATI and AMD sent the report to NEC, one of Quanta's primary customers.

19       95.     ATI and AMD's report disparaged the quality of Quanta's heat sink design as well as

20  the quality of Quanta's design and manufacture services.

21       96.     ATI and AMD knew or recklessly disregarded the fact that the RS600ME's underfill

22  material predisposed the chip to a lower thermal tolerance than represented in the RS600 databook.

23  Rather than addressing the RS600ME design defect, ATI and AMD alleged that Quanta's heat sink

24  design was responsible for RS600ME chip damage and the NR3a boot failure issue with reckless

25  disregard for the demonstrable falsity of the allegation.

26       97.     As a consequence of ATI and AMD's report, NEC forced Quanta to redesign its heat

27  sink, causing it damages in an amount to be determined.  Furthermore, NEC forced Quanta to bear

28  half the costs associated with the NR3a boot failure issue, leading to further damages in excess of 20

COMPLAINT FOR DAMAGES AND RESTITUTION
Case No. _____                                                                    17

1 | million USD.

## **PRAYER FOR RELIEF**

WHEREFORE, Quanta prays as follows:

    1.    That the Court enter judgment in favor of Quanta against Defendants on all counts;

    2.    That the Court award Quanta all of its damages associated with each cause of action asserted in this complaint, including incidental and consequential damages flowing from Defendants' conduct;

    3.    That the Court award Quanta punitive damages for Defendants' intentional misrepresentations of fact, fraudulent inducement, willful interference with Quanta's contract with NEC, and for disparaging the quality of Quanta's products and services;

    4.    That the Court restore to Quanta whatever benefit Defendants received as a consequence of their interference with Quanta's economic prospects.

    5.    That the Court award such other and further relief to Quanta as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

    Plaintiffs hereby demand a trial of all claims and causes of action triable by jury asserted in this Complaint.

DATED: January 3, 2012          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:    *James Isbester*
        A. James Isbester

Attorney for Plaintiffs
Quanta Computer Inc. and Tech-Com (Shanghai) Computer Ltd.