IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTA COMPUTER INC, et al., | No. C 12-00012 RS |
| Plaintiffs, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| ADVANCED MICRO DEVICES, INC., et al., | |
| Defendants. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on April 19, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY. On or before June 28, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) seventy (70) hours of non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) fifty (50) requests for admission per party.

2. EXPERT WITNESSES. On or before October 3, 2013, all non-expert discovery shall be completed by the parties.

3. AMENDMENT OF PLEADINGS. On or before April 1, 2013 all amendments to the pleadings shall be completed.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **July 11, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than November 14, 2013.

IT IS SO ORDERED.

DATED:  4/19/12

_____
RICHARD SEEBORG
United States District Judge