| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | A. JAMES ISBESTER (State Bar No. 129820) |
| 2 | Two Embarcadero Center, Eighth Floor |
| | San Francisco, California 94111 |
| 3 | Telephone:  (415) 576-0200 |
| | Facsimile:  (415) 576-0300 |
| 4 | Email: jisbester@kilpatricktownsend.com |
| 5 | SUSAN M. SPAETH (State Bar No. 142652) |
| | 1080 Marsh Road |
| 6 | Menlo Park, California 94025 |
| | Telephone:  (650) 326-2400 |
| 7 | Facsimile:  (650) 326-2422 |
| | Email: sspaeth@kilpatricktownsend.com |
| 8 | |
| | Attorneys for Plaintiffs |
| 9 | QUANTA COMPUTER INC. and TECH-COM (SHANGHAI) COMPUTER LTD. |
| 10 | O'MELVENY & MYERS LLP |
| | MARK A. SAMUELS (State Bar No. 107026) |
| 11 | 400 South Hope Street |
| | Los Angeles, California 90071 |
| 12 | Telephone:  (213) 430-6000 |
| | Facsimile:  (213) 430-6407 |
| 13 | Email: msamuels@omm.com |
| 14 | Attorneys for Defendants |
| | ADVANCED MICRO DEVICES, INC. and ATI TECHNOLOGIES ULC |
| 15 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | QUANTA COMPUTER INC., a Taiwanese corporation; TECH-COM (SHANGHAI) COMPUTER LTD., a Chinese corporation, | Case No. 12-00012 RS |
| 21 | | [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFFS' LEAVE TO AMEND COMPLAINT |
| 22 | Plaintiffs, | |
| 23 | v. | Judge:    Hon. Richard Seeborg |
| 24 | ADVANCED MICRO DEVICES, INC., a Delaware corporation; ATI | |
| 25 | TECHNOLOGIES ULC, a Canadian corporation, | **DEMAND FOR JURY TRIAL** |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |



[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFFS' LEAVE TO AMEND
COMPLAINT
CASE NO. 12-00012 RS

**[~~PROPOSED~~] ORDER**

Based upon the Stipulation for Plaintiffs' Leave to Amend Complaint filed on May 11, 2012, and good cause appearing,

Plaintiffs will have leave to file an amended complaint, in the form as filed on May 11, 2012. Defendants will have 14 days to respond to the Amended Complaint from the date of this order.

**IT IS SO ORDERED.**

DATED: 5/14/12

Honorable Richard Seeborg
United States District Court Judge

64246113v1



[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFFS' LEAVE TO AMEND COMPLAINT
CASE NO. 12-00012 RS