KILPATRICK TOWNSEND & STOCKTON LLP
A. JAMES ISBESTER (State Bar No. 129820)
Two Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jisbester@kilpatricktownsend.com

SUSAN M. SPAETH (State Bar No. 142652)
1080 Marsh Road
Menlo Park, California 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: sspaeth@kilpatricktownsend.com

Attorneys for Plaintiffs
QUANTA COMPUTER INC. and TECH-COM (SHANGHAI) COMPUTER LTD.

O'MELVENY & MYERS LLP
MARK A. SAMUELS (State Bar No. 107026)
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: msamuels@omm.com

Attorneys for Defendants
ADVANCED MICRO DEVICES, INC. and ATI TECHNOLOGIES ULC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUANTA COMPUTER INC., a Taiwanese corporation; TECH-COM (SHANGHAI) COMPUTER LTD., a Chinese corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation; ATI TECHNOLOGIES ULC, a Canadian corporation,<br><br>Defendants. | Case No. 12-00012 RS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFFS' LEAVE TO AMEND COMPLAINT<br><br>Judge:   Hon. Richard Seeborg<br><br>**DEMAND FOR JURY TRIAL** |



[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFFS' LEAVE TO AMEND COMPLAINT
CASE NO. 12-00012 RS

1 **[~~PROPOSED~~] ORDER**

2   Based upon the Stipulation for Plaintiffs' Leave to Amend Complaint filed on May 11,
3 2012, and good cause appearing,

4   Plaintiffs will have leave to file an amended complaint, in the form as filed on May 11,
5 2012. Defendants will have 14 days to respond to the Amended Complaint from the date of this
6 order.

7   **IT IS SO ORDERED.**

8 DATED: 5/14/12

9   Honorable Richard Seeborg
10  United States District Court Judge

11 64246113v1



[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFFS' LEAVE TO AMEND COMPLAINT
CASE NO. 12-00012 RS