UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANTA COMPUTER, INC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-00012-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 35 |

    The parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this cause with prejudice. ECF No. 35. Since the stipulation of dismissal is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case is dismissed with prejudice. The Clerk shall close the file.

Dated: May 7, 2013

                                                      JON S. TIGAR<br>                                           United States District Judge